KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5595
   Facsimile: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0612 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| JAMES EARL LAY JR, | |
| Defendant. | |

     This matter is scheduled before the Court for change of plea on July 3, 2006. Due to counsel unavailability related to professional commitments and the pending holiday, the parties respectfully request that defendant's change of plea be continued until July 17, 2006. All parties anticipate that the defendant will plead guilty pursuant to a plea agreement on that date. The parties will provide the Court with a copy of the proposed plea agreement prior to his change of plea hearing. The parties agree, and the Court finds and holds, as follows:

     1.     Defendant's change of plea is continued to July 17, 2006.

     2.     The time between July 3, 2006 to July 17, 2006 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

1  into account the exercise of due diligence.  Finally, the parties agree that the ends of justice
2  served by granting the requested continuance outweigh the best interest of the public and the
3  defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §
4  3161(h)(8)(A).
5  STIPULATED:
6  DATED:   June 28, 2006              /s/
                                        STEVEN KALAR
7                                       Attorney for Defendant Lay

9  DATED:   June 28, 2006              /s/
                                        JOSEPH A. FAZIOLI
10                                      Assistant United States Attorney

11 IT IS SO ORDERED.

12 DATED: June 28, 2006
13                                      MARILYN H. PATEL
                                        UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER
CR 05-0612 MHP